IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No.: 5:17-cv-00554-BO

| | |
|---|---|
| EPIC GAMES, INC., | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )    **NOTICE OF SETTLEMENT AND**<br>)    **VOLUNTARY DISMISSAL** |
| M. F., by his general guardian, Mark Foret, | )<br>) |
| Defendant. | )<br>)<br>)<br>) |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Epic Games, Inc., by and through its attorneys, hereby gives notice of the settlement and dismissal of this action. Each party shall bear its or his own attorneys' fees and costs.

This the 24th day of January, 2018.

        **PARKER POE ADAMS & BERNSTEIN LLP**

        /s/Christopher M. Thomas
        Christopher M. Thomas
        N.C. Bar No. 31834
        christhomas@parkerpoe.com
        Tasneem D. Delphry
        tasneemdelphry@parkerpoe.com
        N.C. Bar No. 47697
        PNC Plaza
        301 Fayetteville Street, Suite 1400 (27601)
        P.O. Box 389
        Raleigh, North Carolina 27602-0389
        Telephone:    (919) 835-4626
        Facsimile:     (919) 834-4564

        *Attorneys for Plaintiff Epic Games, Inc.*

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing **NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL** was electronically filed this day with the Clerk of Court and a copy was served by U.S. Mail addressed to the following:

>M. F. c/o Mark Foret
>272 St. Philip Street
>Raceland, LA
>70394

This the 24th day of January, 2018.

**PARKER POE ADAMS & BERNSTEIN LLP**

/s/Christopher M. Thomas
Christopher M. Thomas
N.C. Bar No. 31834
christhomas@parkerpoe.com
Tasneem D. Delphry
tasneemdelphry@parkerpoe.com
N.C. Bar No. 47697
PNC Plaza
301 Fayetteville Street, Suite 1400 (27601)
P.O. Box 389
Raleigh, North Carolina  27602-0389
Telephone:    (919) 835-4626
Facsimile:    (919) 834-4564

*Attorneys for Plaintiff Epic Games, Inc.*